UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOE HAND PROMOTIONS, INC.,

Plaintiff,

- against -

HOUSE OF HAVANA, LLC d/b/a
GOODFELLAS SOCIAL CLUB, ERIC S.
DURRETT,

Defendants.

CASE NO.: 2:23-cv-00074-MHH

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff JOE HAND PROMOTIONS, INC. dismisses with prejudice its lawsuit against Defendants HOUSE OF HAVANA, LLC d/b/a GOODFELLAS SOCIAL CLUB, ERIC S. DURRETT. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

This 12th day of July, 2023.

/s/ F. Page Gamble
F. Page Gamble (asb-3857-e31f)
F. PAGE GAMBLE, P.C.
300 Vestavia Pkwy,
Suite 2300
Birmingham, AL 35216
page@gamblelaw.net

*Attorney for Plaintiff*

/s/ Erin M. Agricola
Erin M. Agricola
FISH, NELSON & HOLDEN, LLC
400 Century Park South
Suite 224
Birmingham, AL 35226
eagricola@fishnelson.com

*Attorney for Defendants*